FILED

JUN 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERGIY KURDYUKOV )
# 83817-079; Unit 5751 )
P.O. Box 7000 )
FORT DIX N.J. 08640 )
(Enter your full name, prison number and address)

Case: 1:07-cv-01131
Assigned To : Friedman, Paul L.
Assign. Date : 06/26/2007
Description: FOIA/PRIVACY ACT

v.

U.S. COAST GUARD )
HQ USCG COMMANDANT )
GS 11 )
WASHINGTON, D.C. 20593-0001
(Enter the full name and address(es), if know, of the defendant(s) in this action)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $250.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The

RECEIVED
MAY 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you must submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

## I. SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

## II. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( ) No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (X)

C. If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit.

   Plaintiffs: ______________________________
   ______________________________
   Defendants: ______________________________
   ______________________________

2. Court (If federal court, please name the district; if state court name the county.)
   ______________________________

3. Docket number: ______________________________

4. Name of judge to whom case was assigned: ______________________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still

pending?) ____________________

6. Approximate date of filing lawsuit: ____________________

7. Approximate date of disposition: ____________________

III. **PLACE OF CONFINEMENT**

FEDERAL CORRECTIONAL INSTITUTION, P.O. BOX 7000, FORT DIX, N.J. 08640

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (X)
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes ( ) No ( )

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? ____________________

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes ( ) No ( )

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) ____________________

4. What happened as a result of your complaint? ____________________

D. If your answer is No to Question III B, explain why not. ____________________

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (X)

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? ____________________

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes ( ) No ( )

3. What, if any response did you receive? (Furnish copy of response, if in writing.)
______________________________

4. What happened as a result of your complaint? ______________________________
______________________________
______________________________

## IV. PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: SERGIY KURDYUKOV, #83817-079
Address: FCI FORT DIX, P.O. BOX 7000, FORT DIX, N.J. 08640

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: U.S. COAST GUARD, HQUSCG COMMANDANT
______________________________
Address: WASHINGTON, D.C. 20593-0001
______________________________

Defendant: ______________________________
______________________________

Address: ______________________________
______________________________

Defendant: ______________________________
______________________________

Address: ______________________________
______________________________

Defendant: ______________________________
______________________________

Address: ______________________________
______________________________

## V. STATEMENT OF CLAIM

State here briefly as possible the facts of your case. Describe how each defendant is involved.

Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

ON DECEMBER 27, 2006, PLANTIFF MAILED A FOIA REQUEST TO THE DEFENDANT, WHICH WAS RECEIVED ON JANUARY 8, 2007. NO RESPONCIVE DOCUMENTS WERE FURNISHED AND PLANTIFF SUBMITTED AN APPEAL ON MARCH 24, 2007. THE APPEAL WAS RECEIVED ON APRIL 10, 2007. AGAIN NO RESPONSIVE DOCUMENTS WERE SENT. A TRUE COPY OF THE ABOVE REQUEST & APPEAL ARE ATTACHED TO EXIBIT A. THE SNO ISSUED BY SHIP'S FLAG AUTHORITY SHOULD BE PRESENT TO DETERMINE JURISDICTION IN THIS CASE. PLANTIFF HAS A STATUTORY RIGHT TO THE DOCUMENTS THAT HE SEEKS AND THERE IS NO LEGAL BASIS FOR DEFENDANT'S REFUSAL TO DISCLOSE THEM TO HIM. PLANTIFF HAS MADE A SHOWING THAT USCG HAS IMPROPERLY WITHHELD SUCH DOCUMENTS.

**VI. RELIEF**

State briefly exactly what you want the Court to do for you.

1). DECLARE THAT DEFENDAT'S REFUSAL TO DISCLOSE ALL DOCUMENTS (SNO - SUBJECT OF NO OBJECTION) REQUESTED BY PLANTIFF IS UNLAWFUL;
2). ISSUE AN INJUCTION TO PREVENT THE USCG FROM RELYING ON THEIR INVALID PRACTICE OF EITHER: a) NOT RESPONDING AT ALL TO FOIA/PA REQUESTS OR b) NOT TAKING ANY ACTION HONORING OR DENYING THE REQUEST;
3). MAKE A WRITTEN FINDING THAT THE CIRCUMSTANCES SURROUNDING THE WITHHOLDING RASE QUESTIONS WHETHER THERE HAS BEEN ARBITRARY CAPRICIOUS CG AGENCY ACTION AND MAKE A REFERAL OF THE MATTER TO THE MERIT SYSTEM PROTECTION BOARD FOR INVESTIGATION PURSUANT TO SUBSECTION (a)(4)(F)
4). AWARD PLANTIFF HIS COSTS AND RESONABLE ATTONEY'S FEES IN THIS ACTION;
5). EXPEDITE THIS LAWSUIT PURSUANT TO 28 USC SECTION 1657 (a);
6). GRANT SUCH OTHER AND FURTHER RELIEF AS THE COURT MAY DEEM JUST AND PROPER.

Signed this 14 day of MAY, 2007.

[signature]
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

5/14/2007
(Date)

[signature]
(Signature of Plaintiff)

Sergiy KURDYUKOV
#83817-079, FCI Fort Dix, P.O.Box 7000, Fort Dix, NJ 08640 (U.S.A.)

U.S. Coast Guard
HQ USCG Commandant
GS 11
Washington, D.C. 20593-0001

December 27, 2006

RE: **FREEDOM OF INFORMATION / PRIVACY ACT REQUEST**
United States District Court
Southern District of Texas
Houston Division
Criminal Case No. H-99CR371

I, Sergiy KURDYUKOV, born February 24, 1961 in Zaporoznmie, Ukraine, presently resident at the above mentioned address, hereby request copies of the following documents, pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. If for any reason you chose not to send me any of the documents or papers requested then please furnish me with a *Vaughn Index* as set forth in *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir., 1973).

I am requesting all records, documents, and information you have in your files pertaining to me or mentioning my name and the Motor Vessel "CHINA BREEZE" registered in Panama. I am particularly requesting:

(1) All the documents from the Government of Panama authorizing the U.S. Coast Guard to stop board and search the M/V CHINA BREEZE.

(2) All the documents from the Government of Panama authorizing the U.S. Coast Guard to detain the M/V/ CHINA BREEZE on behalf of the Government of Panama.

(3) All the documents from the Government of Panama authorizing the U.S. Coast Guard to remain on board the M/V CHINA BREEZE and escort the vessel to a U.S. port to

...m the Government of Panama
...n the M/V CHINA BREEZE

...A, 5 U.S.C. § 552, and as a

... to be exempt from disclosure
... documents and the specific
... portions. Please note that in
... under both Acts.

... within which to make a
...m your receipt under Section

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FOIA
US COAST GUARD
HQ USCG COMMANDANT
GS 11
WASHINGTON D.C. 20593-0001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name): Kim Daniels

C. Date of Delivery: 1/8/07

D. Is delivery address different from item 1? ☒ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0000 9099 2454

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

I request a fee waiver or at least a fee reduction, however, in the event you deny this request foe waiver I hereby agree to pay the fees for search and duplication while retaining my

right to appeal your denial of waiver. The information requested will not be used for any commercial purpose.

I, Sergiy KURDYUKOV hereby swear under the penalty of perjury that I am requesting all the above information and documents for my personal use.

On this 27 day of December 2006
State of New Jersey
County of Burlington

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared known to me the person whose name is subscribed above and, being by me first duly sworn, declared that the information above is true and correct.

Given under my hand and seal of office this 27 day of December 2006.

NOTARY PUBLIC ______________________

SHELBY E. DUNCAN
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/26/2011

My commission expires: ______________________

Sergiy [illegible]RDYUKOV

Reg. No. 83817-079, Unit 5803, [illegible] Fort Dix, P.O.Box 7000, Fort Dix, NJ 08640

Commandant (CG-611)
2100 2nd Street, SW
Washington, D.C. 20593-0001
Attn: FOIA/PA

March 24, 2007

RE: FOIA/PRIVACY ACT APPEAL, DENIAL OF ACCESS PURSUANT TO 5 U.S.C. § 552(a) (6); and 5 U.S.C. § 552a

Dear Sir/Madam,

This is an appeal from the denial of records by the U.S. Coast Guard, HQ USCG Commandant, as noted in the attached request for the following reasons and facts:

1. On December 27, 2006, I mailed a request for records to the U.S. Coast Guard, in certified mail, return receipt requested. This request was received by the U.S. Coast Guard on January 8, 2007. A copy of that request is attached to this appeal. I have not received any responsive records, nor have I received a determination on my request.

2. The U.S. Coast Guard has failed to comply with the provisions of the Freedom of Information Act/Privacy regarding release of records.

3. The U.S. Coast Guard has exceeded the statutory time limits for providing the

... evident that the U.S. Coast ...ich I am entitled under the ...o obtain compliance by the ... regarding disclosure and to

...cords as requested. I would ... (ii) regarding the response

...fully submitted,

...urdyukov

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
COMMANDANT (CG-611)
2100 2ND Street, SW
WASHINGTON, D.C. 20593-0001
Attn: FOIA/PA

2. Article Number (Transfer from service label)

COMPLETE THIS SECTION ON DELIVERY

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Kimberely Dames

C. Date of Delivery 10APR07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

I
07-1131
PLF

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Sergiy Kurdyukov

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
**(EXCEPT IN U.S. PLAINTIFF CASES)**

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 83817-079

**DEFENDANTS**

U.S. Coast Guard

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ________
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE T

A

Case: 1:07-cv-01131
Assigned To : Friedman, Paul L.
Assign. Date : 06/26/2007
Description: FOIA/PRIVACY ACT

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. *Antitrust***

- ☐ 410 Antitrust

**☐ B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**☐ C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☒ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 **DEMAND $** 0 Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☒ YES ☐ NO If yes, please complete related case form.

**DATE** **SIGNATURE OF ATTORNEY OF RECORD** NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.