AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of  COLUMNBIA

**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SERGIY KURDYUKOV

Plaintiff

V.

US COAST GUARD, HQ USCG COMMANDANT
GS 11

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-1131 PLF

I, SERGIY KURDYUKOV , declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  FCI FORT DIX, P.O. Box 7000, FORT DIX, N.J. 08640

   Are you employed at the institution?  YES  Do you receive any payment from the institution?  YES

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?  ☒ Yes  ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment       ☐ Yes  ☒ No
   b. Rent payments, interest or dividends                ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments      ☐ Yes  ☒ No
   d. Disability or workers compensation payments         ☐ Yes  ☒ No
   e. Gifts or inheritances                               ☐ Yes  ☒ No
   f. Any other sources                                   ☐ Yes  ☒ No

**RECEIVED**

MAY 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _Sergiy Kurdyukov_ v. _U.S. Coast Guard, HQ USCG Commandant GS11_

Civil Action No. _____

I, _Sergiy Kurdyukov_ # _83817-079_, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $250.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

n:\forms\Trust Account Form

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 83817079 | Current Institution: | Fort Dix FCI |
| Inmate Name: | KURDYUKOV, SERGIY | Housing Unit: | FTD-E-B |
| Report Date: | 04/27/2007 | Living Quarters: | E02-153U |
| Report Time: | 10:11:07 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8888 |
| PAC #: | 095733875 |
| FRP Participation Status: | Completed |
| Arrived From: | BRO |
| Transferred To: | |
| Account Creation Date: | 5/30/2002 |
| Local Account Activation Date: | 7/3/2002 5:46:26 AM |
| Sort Codes: | |
| Last Account Update: | 4/26/2007 11:12:48 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $30.16 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $30.16 |
| National 6 Months Deposits: | $1,125.80 |
| National 6 Months Withdrawals: | $1,269.09 |
| National 6 Months Avg Daily Balance: | $78.12 |
| Local Max. Balance - Prev. 30 Days: | $69.38 |
| Average Balance - Prev. 30 Days: | $28.58 |

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $1,501.57
Last Sales Date: 4/11/2007 12:32:30 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|
| COMMSRY-RESTR-HYGIENE | Permitted List | 3/8/2007 | 6/20/2007 | FTD1055 | Yes |

## Comments

Comments:
LOSS OF COMM. 8/30-9/28/05 PER D.HAMEL.
LOSS OF COMM FROM 2/21/07 THRU 6/20/07 PER R. ROBINSON

# Deposits

| | | |
|---|---|---|
| Inmate Reg #: | 83817079 | Current Institution: | Fort Dix FCI |
| Inmate Name: | KURDYUKOV, SERGIY | Housing Unit: | FTD-E-B |
| Report Date: | 04/27/2007 | Living Quarters: | E02-153U |
| Report Time: | 10:11:17 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 4/24/2007 3:00:19 PM | DataMig | Phone Rev With Rel | $1.18 | ITS2CONV | | $30.16 |
| 4/11/2007 12:32:30 PM | FTD4006 | Sales | $0.00 | 32 | | $28.98 |
| 4/10/2007 2:00:27 PM | FTD1055 | Payroll - IPP | $9.60 | GIPP0307 | | $28.98 |
| 4/6/2007 4:54:24 PM | FTD1055 | Child Support | ($50.00) | | 3060 | $19.38 |
| 4/3/2007 9:05:58 AM | AMSERVICE | Western Union | $60.00 | 33313207 | | $69.38 |
| 3/8/2007 2:52:43 PM | FTD1055 | Payroll - IPP | $7.80 | GIPP0207 | | $9.38 |
| 2/16/2007 11:00:45 AM | FTD1055 | Child Support | ($99.00) | | 1836 | $1.58 |
| 2/12/2007 5:20:03 PM | amservice | Phone Withdrawal | ($1.00) | ITS0212 | | $100.58 |
| 2/12/2007 8:18:35 AM | FTD1026 | Payroll - IPP | $9.60 | GIPP0107 | | $101.58 |
| 1/30/2007 5:57:24 PM | FTD3003 | Sales | ($102.00) | 62 | | $91.98 |
| 1/26/2007 3:57:44 PM | FTD1026 | Child Support | ($100.00) | | 1610 | $193.98 |
| 1/23/2007 6:15:10 PM | FTD4002 | Sales | ($189.20) | 83 | | $293.98 |
| 1/22/2007 1:29:01 PM | FTD1026 | Child Support | $50.00 | 3898-C | | $483.18 |
| 1/19/2007 12:54:39 PM | FTD4004 | Sales | ($2.80) | 52 | | $433.18 |
| 1/18/2007 10:07:02 AM | AMSERVICE | Western Union | $320.00 | 33307907 | | $435.98 |
| 1/8/2007 4:18:15 PM | FTD1055 | Payroll - IPP | $9.60 | GIPP1206 | | $115.98 |
| 1/8/2007 9:06:00 AM | AMSERVICE | Western Union | $50.00 | 33307107 | | $106.38 |
| 1/4/2007 7:02:37 PM | FTD4018 | Sales | ($289.45) | 76 | | $56.38 |
| 12/29/2006 9:04:28 AM | AMSERVICE | Western Union | $320.00 | 33306507 | | $345.83 |
| 12/19/2006 5:08:32 PM | amservice | Phone Withdrawal | ($1.00) | ITS1219 | | $25.83 |
| 12/15/2006 12:17:53 PM | FTD3003 | Sales | ($0.92) | 109 | | $26.83 |
| 12/11/2006 3:10:12 PM | FTD1055 | Payroll - IPP | $9.60 | GIPP1106 | | $27.75 |
| 12/4/2006 7:19:54 PM | FTD4006 | Sales | ($117.80) | 102 | | $18.15 |
| 11/27/2006 6:22:37 PM | FTD4004 | Sales | ($219.85) | 89 | | $135.95 |
| 11/24/2006 10:06:06 AM | AMSERVICE | Western Union | $320.00 | 33304007 | | $355.80 |
| 11/9/2006 2:29:31 PM | FTD1055 | Payroll - IPP | $9.60 | GIPP1006 | | $35.80 |
| 11/6/2006 7:10:27 PM | FTD4001 | Sales | ($40.75) | 103 | | $26.20 |
| 10/30/2006 7:07:41 PM | FTD4002 | Sales | ($105.50) | 68 | | $66.95 |
| 10/28/2006 10:36:36 AM | amservice | Phone Withdrawal | ($1.00) | ITS1028 | | $172.45 |
| 10/25/2006 10:39:20 AM | FTD1006 | Child Support | ($50.00) | | 330 | $173.45 |
| 10/23/2006 5:52:06 PM | FTD4004 | Sales | ($144.45) | 46 | | $223.45 |
| 10/23/2006 9:04:47 AM | AMSERVICE | Western Union | $320.00 | 33301607 | | $367.90 |
| 10/16/2006 6:39:13 PM | FTD4001 | Sales | ($22.10) | 100 | | $47.90 |
| 10/11/2006 3:24:52 PM | FTD1006 | Payroll - IPP | $9.60 | GIPP0906 | | $70.00 |
| 10/10/2006 7:53:49 PM | FTD4004 | Sales | ($5.25) | 105 | | $60.40 |
| 10/10/2006 7:51:36 PM | FTD4004 | Sales | ($82.40) | 104 | | $65.65 |
| 10/10/2006 12:00:01 PM | FTD4002 | Sales | ($14.20) | 44 | | $148.05 |
| 10/6/2006 12:23:21 PM | FTD4002 | Sales | $0.00 | 61 | | $162.25 |
| 10/2/2006 7:36:44 PM | FTD4004 | Sales | ($164.90) | 107 | | $162.25 |
| 10/2/2006 10:12:08 AM | AMSERVICE | Western Union | $320.00 | 33300107 | | $327.15 |
| 9/14/2006 6:32:09 PM | FTD3003 | Sales | ($6.85) | 105 | | $7.15 |
| 9/12/2006 8:19:32 AM | FTD1006 | Payroll - IPP | $9.60 | FIPP0806 | | $14.00 |
| 8/31/2006 5:50:16 PM | FTD4018 | Sales | ($20.95) | 37 | | $4.40 |
| 8/24/2006 6:03:59 PM | FTD4017 | Sales | ($253.70) | 98 | | $25.35 |
| 8/24/2006 12:09:38 PM | FTD1006 | Support | ($50.00) | | 4288 | $279.05 |
| 8/15/2006 12:10:30 PM | AMSERVICE | Western Union | $320.00 | 33322806 | | $329.05 |
| 8/10/2006 6:40:02 PM | FTD4017 | Sales | ($12.10) | 133 | | $9.05 |
| 8/10/2006 4:51:14 PM | AMService | Phone Withdrawal | ($1.00) | ITS0810 | | $21.15 |
| 8/10/2006 2:39:16 PM | FTD1006 | Payroll - IPP | $9.60 | FIPP0706 | | $22.15 |
| 8/4/2006 3:03:23 PM | FTD1006 | Child Support | ($50.00) | | 3898 | $12.55 |

1 2