IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
SERGIY KURDYUKOV               )
# 83817-079; Unit 5751         )
P.O. Box 7000                  )
Fort Dix, N.J. 08640           )
                               )
            Plaintiff,         )
                               )
    v.                         )    Civil Action No. 07-1131(PLF)
                               )
U.S. COAST GUARD               )
HQ USCG Commandant             )
GS 11                          )
Washington D.C. 20593-0001     )
                               )
            Defendant.         )
                               )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                Respectfully submitted,

                                ____/s/_____
                                DIANE M. SULLIVAN, D.C. Bar #12765
                                Assistant United States Attorney
                                555 Fourth Street, N.W.
                                Room E4919
                                Washington, D.C.  20530
                                (202)514-7205

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

SERGIY KURDYUKOV
# 83817-079
P.O. Box 7000
Fort Dix, N.J. 08640

on this _____ day of July, 2007.

    \_\_\_\_/s/_____
    DIANE M. SULLIVAN
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Room E4919
    Washington, D.C.  20530
    (202)514-7205