**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SERGIY KURDYUKOV,                          )
                    Plaintiff,       )
                                 )
v.                                         )        Civil Action No. 07-01131 (PLF)
                                 )
U.S. COAST GUARD,                          )
                    Defendant.       )
_____)

**MOTION FOR AN ENLARGEMENT**

The Defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to answer or otherwise respond to the complaint, up to and including October 20, 2007.

Plaintiff is a pro se prisoner who is seeking records from the U.S. Coast Guard pertaining to himself and a motor vessel registered in Panama.  An initial search disclosed no records. Discussions between the U.S. Attorney's Office and officials at the Coast Guard concluded that a new and more exhaustive search for records responsive to plaintiff's FOIA request was needed. Although there is no way to know the results of the search, this extension will permit sufficient time for an adequate search and processing of any documents that might be located.  The defendant would then prepare a dispositive motion.

Plaintiff is a pro se prisoner incarcerated in Fort Dix, New Jersey.  Consequently, he was not contacted concerning this motion.

Wherefore, it is respectfully requested that the defendant have up to and including October 20, 2007 to respond to the complaint.  A proposed order is attached.

Respectfully submitted,

___/s/_____

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


___/s/_____

 RUDOLPH  CONTRERAS, D.C. Bar #  434122
Assistant United States Attorney


___/s/_____

DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on this 2nd day of August, 2007, a copy of the foregoing Motion for extension was mailed first class postage prepaid to the defendant pro se:

Sergiy Kurdyukov
# 83817-079
Fort Dix
Federal Correctional Institution
Inmate Mail/Parcels
East: PO Box 2000 - West: PO Box 7000
Fort Dix, NJ 08640.


      /s/

_____
Richard Dolci
Paralegal Specialist

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SERGIY KURDYUKOV, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-01131 (PLF) |
| | ) | |
| U.S. COAST GUARD, | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to answer or

otherwise respond to the complaint, it is

HEREBY ORDERED that Defendant's Motion is granted, and it is

FURTHER ORDERED that Defendant shall have up to and including October 20, 2007

to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE

Sergiy Kurdyukov                          Diane Sullivan
# 83817-079                               Assistant United States Attorney
Fort Dix                                  555 Fourth Street, N.W.
Federal Correctional Institution          Washington, D.C. 20530
Inmate Mail/Parcels
East: PO Box 2000 - West: PO Box 7000
Fort Dix, NJ 08640