UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERGIY KURDYUKOV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1131 (PLF) |
| ) | |
| UNITED STATES CUSTOMS AND ) | |
| BORDER PROTECTION, ) | |
| ) | |
| Defendant. ) | |

ORDER

Plaintiff filed a complaint seeking to obtain information pursuant to the Freedom of Information Act. The matter is now before the Court on defendant's motion for an extension of time to answer. FOIA actions invariably are decided by motion. Accordingly, it is hereby

ORDERED that defendant's motion for extension of time to answer is DENIED. It is hereby

FURTHER ORDERED that defendant shall file a motion to dismiss or, in the alternative, a motion for summary judgment on or before October 20, 2007. No extensions of time will be granted except for good cause shown.

SO ORDERED.

_____
PAUL L. FRIEDMAN

United States District Judge

DATE: