**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                                )
SERGIY KURDYUKOV                )
                                )
            Plaintiff,          )
                                )
        v.                      )      Civil Action No. 07-1131(PLF)
                                )
U.S. COAST GUARD                )
                                )
            Defendant.          )
                                )
_____)
```

**MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a thirty day enlargement of time up to and including November 6, 2007 to file a dispositive motion.

The motion is presently due on October 22, 2007. The defendant had fully expected to file the motion today. The motion has been prepared and reviewed. A declaration had been prepared and in the process of cross-checking and finalizing the declaration, the Office of Intelligence found a record that a report of investigation was prepared in 1999 and sent to archives that might be responsive to plaintiff's FOIA request. A request to retrieve the document, if still available, was sent to archives today. The additional time is necessary to complete the search for responsive documents.

Counsel for the defendant did not contact plaintiff pro se. Plaintiff is a prisoner incarcerated in Fort Dix, New Jersey

(Complaint). See LCvR. 7(m)(limiting the duty to confer on non-dispositive to "counsel" and "opposing counsel"); LCvR. 16.3(a)(excluding pro se prisoners from the definition of "counsel").

Wherefore, it is respectfully requested that the defendant have up to and including November 6, 2007 to file a dispositive motion.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served by

First-Class mail, postage prepaid to:

SERGIY KURDYUKOV
# 83817-079
P.O. Box 7000
Fort Dix, N.J. 08640

on this _____ day of October, 2007.


_____/s/_____
DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205