CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERGIY KURDYUKOV | ) |
| Plaintiff | ) Civil Case Number 07-1131 (RBW) |
| v. | ) |
| U.S. COAST GUARD | ) Category   I |
| Defendant | ) |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 25, 2007</u> from <u>Judge Paul L. Friedman</u> to <u>Judge Reggie B. Walton</u> by direction of the Calendar Committee.

(Reassigned as related to 07-1060)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Friedman</u> & Courtroom Deputy
      <u>Judge Walton</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓