RECEIVED
OCT 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

SERGIY KURDYUKOV
    PLANITIFF

VS                                       CIVIL ACTION NO. 07-1131(PLF)

UNITED STATES COAST GUARD
    RESPONDENT / DEFENDANT

## PLAINTIFF'S RESPONSE TO RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME

    Comes now Sergiy Kurdyukov, hereinafter plaintiff to humbly and respectfully submit this response to the respondent/defendant's motion for enlargement of time that through the completion of this response will show/prove beyond any doubt that the defendants are truly in attempt to hoodwink this Honorable Court and it must not be allow, whereas plaintiff deposes and says.

    The defendant herein was expressly ordered by this court to provide documents or to make a dispositive motion on or before 20 October 2007. The Court specifically stated that no further time would be granted.

    The defendant is acutely aware of the fact that this Court will not tolerate any further dilatorytactics, as such in order to achieve a goal that this Court has stated it will not allow. Further, defendant makes reference to a purportedly preparred motion that defendant is"CROSS CHECKING"and "FINALIZING",by invoking these tag words the defendants hopes to induce this Court to agree to another Enlargement of Time. Interestingly enough, no draft copy of any purported motion was attached to defendant's motion papers. The defendant simply asserts that the motion has been preparred and reviewed.

    Plaintiff contends that defendant is blatantly attempting to get through the

back door, which he was banned by this Court from getting through the front door. Nothing concrete has been shown to this Court to warrant a further enlargement. Indeed, the defendant concedes in its response that,"additional time is necessary to complete the search for responsive documents. Simply put, defendant has found absolutely nothing and this is a transparent attempt to buy unwarranted time despite this Court's edict to the contary.

The defendant correctly points out that plaintiff is currently incarcerated in the Federal prison at Fort Dix, New Jersey. Moreover, plaintiff is being denied his liberty in large part due to documents that were purportedly in existence and utilized by defendant and the United States Government at plaintiff's trial.

Plaintiff has patiently waited in order to review these alleged documents that have so grossly impacted plaintiff's life, moreover this Court understood the scucrity of the matter when it instructed defendant to respond(without fail) by 20 October 2007.

Further, defendant has adduced no hard evidence in support of request for enlargement which flies directly in the face of the order of this Court.Plaintiff respectfully requests now, that previous relief requested be now granted in all respects due to the willful failure of defendant to respond as directed by this Court.

## CONCLUSION

Wherefore, based upon the aforementioned,plaintiff now requestes this Court grant the previously requested relief in full.

Respectfully submitted,this 28 day of October ,2007

Sergiy Kurdyukov,83817-079, plaintiff pro se
Fort Dix FCI
PO Box 2000, 5751 East
Fort Dix,NJ 08640

2

# CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the afore attach Plaintiff's response to Defendant's Motion for Enlargement of time was placed in First Class pre-paid US Postage and addressed to:

Diane M. Sullivan, AUSA
555 Fourth Stree NW
Judicary Center Building, Room E4919
Washington, DC 20530

and was placed in the Fort Dix Mail Depositort on this _28_ day of _October_ 2007, pursuant to Houston v Lack.

By: Sergiy Kurdyukov, 83817-079
    Plaintiff, pro se
    Fort Dix FCI
    PO Box 2000, 5751 East
    Fort Dix, NJ 08640