## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERGIY KURDYUKOV | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1131(PLF) |
| | ) | |
| U.S. COAST GUARD | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR AN ENLARGEMENT OF TIME AND RESPONSE TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time up to and including November 15, 2007 to file a dispositive motion.

Plaintiff complains that the defendant is attempting to "hoodwink" the Court and that no draft motion was attached to the previous request for an enlargement of time. On the contrary, as a result of questions that arose in finalizing the motion and declaration for filing, the defendant identified a new search location and yesterday found a four page document at the archives in Suitland, Maryland that is responsive to plaintiff's FOIA request. Had counsel ignored the question that arose, this report may have not been found and counsel would have breached her obligation to the Court and for that matter the plaintiff. Although the document is unclassified, it has to be reviewed not only by the FOIA staff, but by the program office. In addition,

the draft declaration and Vaughn Index will have be supplemented as will the dispositive motion.

Plaintiff was not contacted concerning this motion, but it is clear from his pleadings that he opposes any extension of time. The defendant has not filed this motion to avoid its responsibilities under FOIA. Rather, the additional time and additional search was an effort to insure that its obligations were met.

Wherefore, it is respectfully requested that the defendant have up to and including November 15, 2007 to file a dispositive motion.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

SERGIY KURDYUKOV  
# 83817-079  
P.O. Box 7000  
Fort Dix, N.J. 08640

on this _____ day of November, 2007.

                      \_\_\_\_/s/_____  
                      DIANE M. SULLIVAN  
                      Assistant United States Attorney  
                      555 Fourth Street, N.W.  
                      Room E4919  
                      Washington, D.C.  20530  
                      (202)514-7205