```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
_____
                              )
SERGIY KURDYUKOV,             )
                              )
              Plaintiff,      )
                              )
    v.                        )   Civil Action No. 07-1131(RBW)
                              )
U.S. COAST GUARD,             )
                              )
              Defendant.      )
                              )
_____)
```

**MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a dispositive motion up to and including Tuesday, November 20, 2007.

The defendant's dispositive motion is presently due November 15, 2007. Counsel for the defendant anticipated receiving a <u>Vaughn</u> declaration no later than close of business Friday, November 9, 2007 pertaining to the recently located document from Coast Guard archives in Suitland, Maryland. Counsel for the defendant came in over the holiday weekend to finish the dispositive motion. Counsel did not receive the draft declaration until Tuesday morning because agency counsel was unexpectedly required to attend a court hearing in Roanoke, Virginia on Friday November 9, 2007. However, counsel for the defendant was in depositions all day Tuesday in <u>Beckford v. IRS</u>, Civil Action No. 06-1342 (ESH). Because of the delay in receiving the draft

declaration concerning the newly located document from archives, counsel for the defendant cannot finalize the dispositive motion by Thursday, November 15, 2007. Counsel for the defendant has an oral argument in the Court of Appeals on Friday, November 16, 2007 in a complicated Title VII case with a Joint Appendix over 2000 pages. See Wiley v. Glassman, No. 06-5402. The Moot Court is scheduled for today.

Counsel is unable to finalize and file the motion before Tuesday November 20, 2007. Counsel for the defendant apologizes for this short delay. But the delay was occasioned in large part by the extraordinary effort that was put in to the search for documents responsive to plaintiff's FOIA request as will be evident when the declarations are filed with the Court.

Plaintiff pro se, who is incarcerated, was not contacted but counsel believes if he were contacted he would strenuously oppose this request.

Wherefore, it is respectfully requested that the defendant have up to and including November 20, 2007 to file a dispositive motion.

                    Respectfully submitted,

                    __/s/_____
                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                    United States Attorney


                    __/s/_____
                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                    Assistant United States Attorney

```
__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205
```

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

SERGIY KURDYUKOV  
# 83817-079  
P.O. Box 7000  
Fort Dix, N.J. 08640

on this __14th_____ day of November, 2007.

    ____/s/_____  
    DIANE M. SULLIVAN  
    Assistant United States Attorney  
    555 Fourth Street, N.W.  
    Room E4919  
    Washington, D.C.  20530  
    (202)514-7205

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERGIY KURDYUKOV, )<br>        Plaintiff, )<br>)<br>v.                                    )<br>)<br>U.S. COAST GUARD, )<br>        Defendant. )<br>_____) | Civil Action No. 07-1131 (PLF) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to answer or otherwise respond to the complaint, it is hereby

ORDERED that Defendant's motion is granted, and it is further

ORDERED that Defendant shall have up to and including November 21, 2007 to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE

Sergiy Kurdyukov
# 83817-079
Fort Dix
Federal Correctional
Institution
Inmate Mail/Parcels
East: PO Box 2000
West: PO Box 7000
Fort Dix, NJ 08640

Diane Sullivan
Assistant United
States Attorney
555 Fourth Street,
N.W. Washington,
D.C.  20530