UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERGIY KURDYUKOV,

    Plaintiff,

Vs.                    CIVIL ACTION NO.: 07-1131 (RBW)

U.S. COAST GUARD,

    Defendant.  /
_____/

RECEIVED
DEC 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S REBUTTAL TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Sergiy Kurdyukov, pro se, hereby respectfully submits his rebuttal to Defendant's Motion for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

This rebuttal is supported by the Declaration of Sergiy Kurdyukov, attached to this pleading.

### I. Defendant's Motion for Summary Judgment should be denied.

There exists a genuine dispute as to material fact in this action. Plaintiff made a sufficient showing in his Declaration to prove that he is entitled to relief, and that a reasonable jury would find in his favor for the reasons as follow:

1. Defendant has not provided Plaintiff with:

    (a) the written confirmation of Fernando Soloranzo, Director General, Merchant Marine, Government of Panama, to LCDR Robert CAMILLUCCI, Coast Guard Attache in Panama, confirming that the M/V CHINA BREEZE was registered in Panama and that on May 27, 1999 he granted

      authority for the Coast Guard to stop, board, and search the M/V CHINA BREEZE. And also stated that if evidence of illegal activity was discovered, the vessel was to be detained on behalf of the government of Panama. And,

(b) the written confirmation of Gabiel FERNANDES, sub-director Merchant Marine, Government of Panama, to LCDR CAMILLUCCI, confirming that on May 28, 1999, he granted authority for the Coast Guard to remain on board the M/V CHINA BREEZE and escort the vessel to U.S. port for further dockside inspection and enforcement of U.S. law.

2. When Coast Guard attache in Panama, LCDR CAMILLUCCI seek, in the same request, Fernando SOLORANZO, on may 27, 1999, to confirm that the M/V CHINA BREEZE was registered in Panama, and the grant of authority for the U.S. Coast Guard to stop, board, and search the CHINA BREEZE, Mr. SOLORANZO sent a written confirmation dated June 9, 1999, that the CHINA BREEZE was registered in Panama, but he never mentioned any approval to grant authority of any kind to the U.S. Coast Guard. (See Exhibit A)

3. Moreover, when LCDR CAMILLUCCI seek Mr. Gabriel FERNANDES, Sub-Director Merchant Marine, Government of Panama, on May 28, 1999, authorization for the U.S. Coast Guard to remain on board the said vessel and escort the latter the latter to a U.S. port for further dockside inspection and enforcement of U.S law after they had discovered approximately 8.800 Lbs of cocaine, there is no written document(s) proving that the government of Panama ever agreed to such action.

4.  A reasonable jury would never believe that in such important seizure of cocaine governing by International Treaty, the government of Panama would confirm in writing the Panamanian registration of the vessel CHINA BREEZE, but would not send a written confirmation of the authorization or approval of the above-mentioned U.S. requests.

## CONCLUSION

For all the foregoing reasons, Defendants's Motion for Summary Judgment should be denied and Plaintiff's complaint should proceed for trial.

Respectfully submitted,
this 19th day of December 2007.
By:

Sergiy Kurdyukov, pro se
Reg. No. 83817-079
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "Plaintiff's Rebuttal to Defendant's Motion for Summary Judgment" and its Exhibit, have been mailed, first-class, postage prepaid, this 19th day of December 2007, to: Jeffrey A. Taylor, United States Attoney, Rudolph Contreras, AUSA, Diane M. Sullivan, AUSA, Judiciary Center Building, 555 Fourth Street, N.W., Room E4919, Washington, D.C. 20530.

Sergiy Kurdyukov, pro se
Reg. No. 83817-079
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERGIY KURDYUKOV,
    Plaintiff,

Vs.                      CIVIL ACTION NO.: 07-1131 (RBW)

U.S. COAST GUARD,
    Defendant.  /
_____/

## DECLARATION OF SERGIY KURDYUKOV

I, Sergiy Kurdyukov, hereby make the following Declaration under penalty of perjury, pursuant to Title 28, U.S.C. § 1746. The subject of this Declaration and the statements set forth herein are true and correct on the basis of my personal knowledge.

1. In a Declaration dated September 10, 1999, Mr. Karl L. Schultz, Commander, U.S. Coast Guard Maritime Law Enforcement Officer and Coast Guard Liaison Officer, Department of State, stated that he had obtained confirmation on May 27, 1999, "that the M/V CHINA BREEZE was registered in Panama and granted authority for the Coast Guard to stop, board, and search the M/V CHINA BREEZE. If evidence of illegal activity was discovered, the vessel was to be detained on behalf of the Government of Panama (See attachment 2)." (Enclosed Declaration of Mr. Schultz with its attachments)

2. In the same Declaration, Mr. Schultz also asserts that "the government of Panama, had granted authority for the Coast Guard to remain on board the M/V CHINA BREEZE and escort the vessel to U.S. port for further dockside inspection (see attachment 4). It was CDR Hoffmann's understanding that the Government of Panama was

aware that once the vessel entered the U.S. waters that it would be subject to U.S. prosecution.

3. On June 9, 1999, Mr. Fernando A. SOLORZANO A., Director General of the Merchant Marine of Panama, sent a facsimile to Captain Robert M. Camillucci, Commander, U.S. Coast Guard, U.S. Coast Guard Attache American Embassy Panama, confirming that the vessel CHINA BREEZE was registered in Panama, but did not confirm any approval or authorization of any kind to the U.S. Coast Guard.

4. The U.S. government has always claimed that he had jurisdiction over the vessel CHINA BREEZE due to the authorization and approval of the Panamanian government, but I never have been provided with a document of the Panamanian government showing any approval or disapproval.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19th, 2007.

_____
Sergiy Kurdyukov,
Reg. No. 83817-079
FCI Fort Dix
P.O.Box 2000
Fort Dix, NJ 08640





United States Department of State

Bureau for International Narcotics
and Law Enforcement Affairs

Washington, D.C. 20520

GOVERNMENT EXHIBIT
1
H-99-371-

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

Sergiy Kurdyukov, et al

DECLARATION

I, Karl L. Schultz, declare as follows:

1. I have been assigned as Coast Guard Liaison Officer to the Bureau for International Narcotics and Law Enforcement Affairs, Department of State, since August 4, 1999.

2. In my official capacity, I have been designated by the Secretary of State through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications as provided under section 3(c) of the Maritime Drug Law Enforcement Act (100 Stat. 3207-96, 46 U.S.C. App. § 1903; Title III, Subtitle C, Section 3202 of the Anti-Drug Abuse Act of 1986 (P.L. 99-570)), as amended.

3. I make the following statements based on my personal knowledge and upon information furnished to me in the course of my official duties.

4. I certify the following:

   A. At 2:58 p.m. on May 27, 1999, Commander (CDR) Mike Emerson, Office of Law Enforcement, Coast Guard Headquarters, Washington, DC, contacted Commander (CDR) Ronald Hoffmann, Coast Guard Liaison Officer, Department of State, to initiate a PD-27 Interagency Consultation regarding the Motor Vessel (M/V) CHINA BREEZE south of Puerto Rico in international waters. PD-27 refers to Presidential Directive/NSC (National Security Council) Number 27 of January 19, 1978 regarding procedures for dealing with non-military incidents. Lieutenant (LT) Rachel Canty, Legal Advisor, Office of Law Enforcement, Coast Guard Headquarters, Washington, DC, was also on the conference call. The action CDR Emerson was taking was based upon a request from Commander, Seventh Coast Guard District in Miami, FL, the Operational Commander for this law enforcement case (see attachment 1).

   B. CDR Hoffmann then contacted the Operations Center at the Department of State to include the following participants in the PD-27: James H. Benson, Desk Officer for the Country of Panama, Department of State, Washington, DC; and Joseph Donovan, Criminal Division, Department of Justice, Washington, DC.

   C. When all the participants were in the conference call, CDR Hoffmann asked the Coast Guard participants to brief the facts of the case and present the Coast Guard's proposed course of action. The Coast Guard participants explained that the M/V CHINA BREEZE was intercepted by HMS MARLBOROUGH, with an embarked U.S. Coast Guard Law Enforcement Detachment (LEDET). The U.S. Government suspected the vessel of involvement in drug trafficking. Also, the vessel was intercepted in a known drug transit zone. The approximately 156 meter freighter was reported to have made a port call in Cuba on or about 19-20 May and was proceeding northbound enroute the vessel's next port of call. The master claimed the vessel was registered in Panama and provided the Coast Guard team its registry number.

   D. The Coast Guard participants outlined the Coast Guard's proposed course of action: to approach the Government of Panama to verify the M/V CHINA BREEZE's registry; authorize the Coast Guard to stop, board, and

search; and take law enforcement action under U.S. law or escort the vessel to a U.S. port for further search as necessary, if evidence of illegal activity was discovered. If Panama refuted the vessel's registry, the Coast Guard proposed to assimilate the vessel to stateless status and enforce U.S. law. CDR Hoffmann then asked the PD-27 participants if they concurred with the Coast Guard's proposed course of action, and all concurred.

E. At 3:45 p.m. on May 27, CDR Hoffmann called the Coast Guard Attache in Panama, LCDR Robert Camillucci, to seek Chief of Mission approval for an approach to be made to the Government of Panama regarding the U.S. Government's proposed course of action. At approximately 5 p.m., LCDR Camillucci called to pass that the Chief of Mission had approved and an approach had been made to the Government of Panama. Fernando Soloranzo, Director General, Merchant Marine, Government of Panama, had confirmed that the M/V CHINA BREEZE was registered in Panama and granted authority for the Coast Guard to stop, board, and search the M/V CHINA BREEZE. If evidence of illegal activity was discovered, the vessel was to be detained on behalf of the Government of Panama (see attachment 2).

F. At 3:30 p.m. on May 28, CDR Mike Emerson, Office of Law Enforcement, Coast Guard Headquarters, Washington, DC, contacted CDR Hoffmann and advised that the Coast Guard team on board the M/V CHINA BREEZE had located approximately 8,800 lbs of contraband in a waste tank which tested positive for cocaine. After discussing the case, CDR Emerson and CDR Hoffmann agreed to the following course of action requested by Commander, Seventh Coast Guard District (see attachment 3): to approach the Government of Panama to request authority to remain on board the M/V CHINA BREEZE and escort the vessel to a U.S. port to conduct a dockside boarding.

G. At 3:39 p.m. on May 28, CDR Hoffmann called the Coast Guard Attache in Panama, LCDR Robert Camillucci, to seek Chief of Mission approval for an approach to be made to the Government of Panama regarding the U.S. Government's proposed course of action. At 4:09 p.m., LCDR Camillucci called to pass that the Chief of Mission had approved and an approach had been made to the Government of Panama. Gabriel Fernandes, Sub-Director Merchant Marine, Government of Panama, had granted

3

authority for the Coast Guard to remain on board the M/V CHINA BREEZE and escort the vessel to a U.S. port for further dockside inspection (see attachment 4). It was CDR Hoffmann's understanding that the Government of Panama was aware that once the vessel entered U.S. waters that it would be subject to U.S. prosecution.

    H.  Director General Solorzano has been kept advised of the status of this case, including all law enforcement action taken by the United States. There have been no objections received from the Government of Panama.

    I.  On June 11, LCDR Camillucci faxed CDR Hoffmann information regarding the title search and a copy of the registration document for the M/V CHINA BREEZE (see attachment 5).

5.  I declare under penalty of perjury that the foregoing is true and correct.


Executed on September 10, 1999

*[signature]*

Karl L. Schultz, Commander, U.S. Coast Guard
Maritime Law Enforcement Officer and Coast Guard Liaison Officer
Department of State


Attachments:  (1)  CCGDSEVEN Miami FL 272055Z May 1999 Cable
           (2)  COMDT COGARD WASHINGTON DC 280250Z May 1999 Cable
           (3)  CCGDSEVEN MIAMI FL 281915Z May 1999 Cable
           (4)  COMDT COGARD WASHINGTON DC 290125Z May 1999 Cable
           (5)  USCG Attache Panama facsimile received June 11, 1999

Printed By: Ronald B Hoffmann  05/28/99 08:39:08 AM

# COMDTCOGAR 5280250

From: COMDT COGARD WASHINGTON  
Subject: LAW ENFORCEMENT - SNO REQUEST - M/V CHINA BREEZE (PM) - 150NM S OF PUERTO RICO A. CCGDSEVEN MIAMI FL 272055Z MAY 99 B. PD-27 OF 27 MAY 99

MRN: 5280250  
ICNbr: TED5774

Date/Time: 280250Z MAY 99  
Precedence: PRIORITY

Cable Text:

```
TED5774
ACTION INR-00


INFO  LOG-00    INL-01    WHA-01    EAP-01    UTED-00   TEDE-00   PM-00
      PMB-00    SAS-00    /003W
                   ------------------CE20A4   280254Z /38
P 280250Z MAY 99 ZUI ASN-D00148000036
FM COMDT COGARD WASHINGTON DC//G-OPF/G-OPL//
TO CCGDSEVEN MIAMI FL//CC//
INFO COMLANTAREA COGARD PORTSMOUTH VA//ACC//
COMCOGARD GANTSEC SAN JUAN PR//OPS/OLE//
EPIC EL PASO TX//CGLO//
DIRJIATF EAST JNTFUSIONCTR
SECSTATE WASHINGTON DC//WRA/CEN/INR/INL//
AMEMBASSY PANAMA CITY
USCINCSO MIAMI FL//SCJ3/SCCG/SCCS//
USCINCSO MIAMI FL//SCJ3/SCCG/SCCS//
DAICC MARCH ARB CA//DIR//
FBI WASHINGTON DC
DEA MIAMI FL
DRUG ENFORCEMENT ADMIN HQ WASHINGTON DC
USCS BLOC MIAMI FL
MARINCEN MIAMI FL
DIR ONDCP WASHINGTON DC
US INTERDICTION COORD WASHINGTON DC
DISA ADNET IMHS WASHINGTON DC
DODSPECONE WASHINGTON DC//ZKZK PP AII DE//
COGARD INTELCOORDCEN WASHINGTON DC
CINCLANTFLT NORFOLK VA//N3CG/N35/ASWWO/CFT84//
USCINCACOM NORFOLK VA//J2/J3/J3D/J3CG//
CTF 326
HMS MALBOROUGH


UNCLAS FOUO //N16216//


SUBJ: LAW ENFORCEMENT - SNO REQUEST - M/V CHINA BREEZE (PM) -
      150NM S OF PUERTO RICO
A. CCGDSEVEN MIAMI FL 272055Z MAY 99
B. PD-27 OF 27 MAY 99
1. COMDT (G-O) HAS NO OBJECTION TO BOARDING OF SUBJ AS REQUESTED IN
REF A. INTERAGENCY CONCURRENCE OBTAINED IN REF B.
2. THE GOVERNMENT OF PANAMA HAS VERIFIED REGISTRY AND APPROVED
REQUEST TO STOP, BOARD, AND SEARCH. IF EVIDENCE OF ILLEGAL ACTIVITY
IS DISCOVERED, DETAIN VESSEL AND CREW ON BEHALF OF GOP AND CONTACT
ORIG TO COORDINATE DISPOSITION.
3. USE OF NON-LETHAL FORCE INCLUDING WARNING SHOTS AND DISABLING FIRE
IS AUTHORIZED IF DEEMED PRACTICAL AND REASONABLY SAFE BY OSC. ENSURE
POSITIVE VISUAL ID OF VESSEL PRIOR TO EMPLOYMENT OF DISABLING FIRE.
4. POC IS CDR MIKE EMERSON, G-OPL FOR ANY ADDITIONAL INFO.
NNNN
```

Printed By: Ronald B Hoffmann  05/28/99 04:03:22 PM

# CCGDSEVENM 5281951

| | | |
|---|---|---|
| From: CCGDSEVEN MIAMI FL//CC// | MRN: 5281951 | Date/Time: 281951Z MAY 99 |
| Subject: LAW ENFORCEMENT - SNO REQUEST - M/V CHINA BREEZE (PM) - 150NM S OF PUERTO RICO A. PHONECON BTWN LT S. V. BURDIAN (D7CC)/LCDR LLOYD(G-OPF) OF 28MAY99. B. CCGDSEVEN MIAMI FL 272055Z MAY 99. | ICNbr: TED1609 | Precedence: PRIORITY |

**Cable Text:**

```
TED1609
ACTION INL-01


INFO   LOG-00   AMAD-01  WHA-01   EB-00    UTED-00  TEDE-00   INR-00
       L-01     OES-01   SAS-00   /005W
                         ------------------CE8E45  282001Z /38
P 281951Z MAY 99 ZUI ASN-D07148000552
FM CCGDSEVEN MIAMI FL//CC//
TO COMDT COGARD WASHINGTON DC//G-OPF/G-OPL/G-CI//
INFO COMLANTAREA COGARD PORTSMOUTH VA//ACC//
COMCOGARD GANTSEC SAN JUAN PR//OPS/OLE//
EPIC EL PASO TX//CGLO//
DIRJIATF EAST JNTFUSIONCTR
SECSTATE WASHINGTON DC//ARA/CEN/INR/INL//
AMEMBASSY PANAMA CITY
USCINCSO MIAMI FL//SCJ3/SCCG/SCCS//
USCINCSO MIAMI FL//SCJ3/SCCG/SCCS//
DAICC MARCH ARB CA//DIR//
FBI WASHINGTON DC
DEA MIAMI FL
DRUG ENFORCEMENT ADMIN HQ WASHINGTON DC
USCS BLOC MIAMI FL
MARINCEN MIAMI FL
DIR ONDCP WASHINGTON DC
US INTERDICTION COORD WASHINGTON DC
DISA ADNET IMHS WASHINGTON DC
DODSPECONE WASHINGTON DC//ZKZK PP AII DE//
COGARD INTELCOORDCEN WASHINGTON DC
CINCLANTFLT NORFOLK VA//N3CG/N35/ASWWO/CFT84//
USCINCACOM NORFOLK VA//J2/J3/J3D/J3CG//
CTF 326
HMS MARLBOROUGH
USCGC VIGILANT


UNCLAS FOUO //N16216//


SUBJ: LAW ENFORCEMENT - SNO REQUEST - M/V CHINA BREEZE (PM) -
      150NM S OF PUERTO RICO
A. PHONECON BTWN LT S. V. BURDIAN (D7CC)/LCDR LLOYD(G-OPF) OF
   28MAY99.
B. CCGDSEVEN MIAMI FL 272055Z MAY 99.
1. PER REF A, REQUEST SNO FOR USCG TO ESCORT M/V CHINA BREEZE
(PM) TO MIAMI, FL.
2. DESC: NAT: PM, REG NO. 27335X, HULL RED, TRIM WHT
3. POC: D7 LAW ENFORCEMENT DUTY OFFICER, DSN 434-1580,
COMM (305) 536-5611.
NNNN
```

End Cable Text



UNCLASSIFIED

Printed By: Ronald B Hoffmann  06/01/99 11:54:55 AM

# COMDTCOGAR 5290125

| | | |
|---|---|---|
| From: COMDT COGARD WASHINGTON | MRN: 5290125 | Date/Time: 290125Z MAY 99 |
| Subject: COMDT SNO FOR DOCKSIDE SEARCH OF M/V CHINA BREEZE A. CCGDSEVEN 281951Z MAY. | ICNbr: TED3028 | Precedence: PRIORITY |

Cable Text:

```
TED3028
ACTION INR-00


INFO  LOG-00    INL-01    WHA-01    EAP-01    EB-00    UTED-00   TEDE-00
      PM-00     PMB-00    SAS-00          /003W
                        ------------------CEA7C1  290210Z /38
P 290125Z MAY 99
FM COMDT COGARD WASHINGTON DC//G-OPL/G-OPF/G-CI//
TO CCGDSEVEN MIAMI FL//CC//
INFO COMLANTAREA COGARD PORTSMOUTH VA//ACC//
CCGDEIGHT NEW ORLEANS LA//CC/OLE//
COMCOGARD GANTSEC SAN JUAN PR//OPS/OLE//
EPIC EL PASO TX//CGLO//
DIRJIATF EAST JNTFUSIONCTR
SECSTATE WASHINGTON DC//ARA/CEN/INR/INL//
AMEMBASSY PANAMA CITY
USCINCSO MIAMI FL//SCJ3/SCCG/SCCS//
USCINCSO MIAMI FL//SCJ3/SCCG/SCCS//
DAICC MARCH ARB CA//DIR//
FBI WASHINGTON DC
DEA MIAMI FL
DRUG ENFORCEMENT ADMIN HQ WASHINGTON DC
USCS BLOC MIAMI FL
MARINCEN MIAMI FL
DIR ONDCP WASHINGTON DC
US INTERDICTION COORD WASHINGTON DC
DISA ADNET IMHS WASHINGTON DC
DODSPECONE WASHINGTON DC//ZKZK PP AII DE//
COGARD INTELCOORDCEN WASHINGTON DC
CINCLANTFLT NORFOLK VA//N3CG/N35/ASWWO/CFT84//
USCINCACOM NORFOLK VA//J2/J3/J3D/J3CG//
CTF 326
HMS MARLBOROUGH
USCGC VIGILANT
DEPT OF JUSTICE WASHINGTON DC//NDDS//


UNCLAS FOUO //N16216//


SUBJ: COMDT SNO FOR DOCKSIDE SEARCH OF M/V CHINA BREEZE
A. CCGDSEVEN 281951Z MAY.
1. COMDT G-O HAS NO OBJECTION TO CONDUCTING A DOCKSIDE BOARDING OF
SUBJECT VESSEL DISCUSSED IN REF A. THE GOVERNMENT OF PANAMA HAS
SPECIFICALLY AUTHORIZED ESCORT TO A SUITABLE US PORT AND ENFORECEMENT
OF US LAW.
2. INTERAGENCY CONCURRANCE HAS BEEN OBTAINED TO DELIVER VESSEL AND
CREW TO HOUSTON TX FOR DISPOSITION.
3. CONTACT G-OPL FOR ANY ADDITIONAL INFORMATION.
NNNN
```

End Cable Text

Printed By: Ronald B Hoffmann  06/01/99 11:54:55 AM

1-JUN-1999 13:07 FROM

# USCG ATTACHÉ PANAMA

| | |
|---|---|
| Date | 11 June 1999 |
| Number of pages including cover sheet | 3 |

| TO: | CDR Rob Hoffman |
| | USCG |
| Phone | (202) 736-4377 |
| Fax Phone | (202) 736-4515 |
| CC: | |

| FROM: | U. S. Coast Guard Attaché Panama |
| | American Embassy Panama |
| | Unit 0945 |
| | APO AA 34002 |
| Email: | ITDPX@state.gov |
| Phone: | 011-507-227-1777 x 2440 |
| Fax Phone | 011-507-227-1970 |
| 24 hr Cell Phones: | 011-507-615-7574 |
| | 616-4126/25 |

**REMARKS:** ☐ Urgent  ☒ For your review  ☐ Reply ASAP  ☐ Please Comment

CDR:

Attached are the results of the title search for China Breeze. I've faxed theses documents onto Chris Ludke with USCS as well.

Brief translation:

1. The owners, according to the registraion, MOCCHA MARINE LIMITED, address c/o 95 Filonos St. Pireos Greece

2. The above naved ship was recently registered under Panama on 25 June 1998 at the Vice Consular in Pireos, Greece. Before this she was regitered under Greece and belonged to TALBOT Shipping INC, whose principle business site is in Monrovia Liberia, who sold the ship to MOCCHA MARINE LIMITED the 27th of October 1998, according to Public Registration microfiche records, section N-21729, roll 64269, image 0100.

3. The Ship CHINA BREEZE is free of any leans and owes nothing to the Directerate of the Merchant Marine, according to information obtained through the Directerate of Public Regisrty of Panama and the Department of Collection of this Directory

Suerte

LCDR Bob Camillucci
USCG Attaché, Panamá

Attachment 5



Autoridad Marítima de Panamá
*Dirección General de Marina Mercante*

Tel.: 270-0333
Apartado 5245
Panamá 5, Rep. de Panamá

Panamá, 9 de junio de 1999.

NOTA No. 106-01-506-ALMM

Capitán
Robert M. Camillucci
Commander, U.S. Coast Guard
U.S. Coast Guard Attaché
Embajada de los Estados Unidos de América
E.   S.   D.

Señor Camillucci:

De acuerdo a la nota que nos envió con fecha 4 de junio de 1999, solicitando información con respecto a la nave "CHINA BREEZE", podemos facilitarle los siguientes datos:

1. Los propietarios, según la patente de registro, responden al nombre de MOCCHA MARINE LIMITED, cuya dirección es c/o 95 Filonos Street, Pireos, Grecia.
2. La nave arriba mencionada es de reciente inscripción en el registro panameño, el cual fue hecho el 25 de junio de 1998 en el Vice-Consulado de Pireos, Grecia. Anterior a esto se encontraba inscrita en el registro de Grecia, y pertenecía a la sociedad TALBOTT SHIPPING INC. cuyo lugar principal de negocios es Monrovia, Liberia, quien vendió la nave a la compañía MOCCHA MARINE LIMITED el 27 de octubre de 1998, según consta en el contrato de compra-venta inscrito en el Registro Público en la sección de micropelículas en la ficha N-21729, rollo 64269, imagen 0100.
3. La nave "CHINA BREEZE" hasta el momento se encuentra libre de gravámenes y no le adeuda suma alguna a la Dirección de Marina Mercante, según información suministrada por la Dirección de Registro Público de Panamá y el Departamento de Cobros de esta Dirección.
4. Adjunto le enviamos la copia de la patente provisional solicitada.

Con las mejores muestras de consideración y respeto, atentamente,

FERNANDO A. SOLORZANO A.
Director General

Attachment 5

06/11/99  FRI 13:36  [TX/RX NO 8021]