```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
SERGIY KURDYUKOV,             )
                              )
            Plaintiff,        )
                              )
      v.                      )   Civil Action No. 07-1131(RBW)
                              )
U.S. COAST GUARD,             )
                              )
            Defendant.        )
                              )
_____)
```

## MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a reply up to and including January 24, 2008.

Counsel for the defendant was out of the office over the holidays and did not return until January 7, 2008. Counsel has numerous motions and replies due in other cases the next three weeks. Moreover, counsel was unable to forward the plaintiff's opposition to defendant's motion for summary judgment to the Coast Guard for review until her return.

Plaintiff pro se is incarcerated at the penitentiary at Fort Dix, New Jersey and was not contacted concerning this motion.

Wherefore, it is respectfully requested that the defendant have up to and including January 14, 2008 to file a reply.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

SERGIY KURDYUKOV
# 83817-079
P.O. Box 7000
Fort Dix, N.J. 08640

on this _____ day of January, 2008.

```
____/s/_____
DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205
```