```
                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
_____
                              )
SERGIY KURDYUKOV,             )
                              )
            Plaintiff,        )
                              )
     v.                       )    Civil Action No. 07-1131(RBW)
                              )
U.S. COAST GUARD,             )
                              )
            Defendant.        )
                              )
_____)
```

## MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a reply up to and including January 28, 2008.

Defendant's reply is presently due January 24, 2008. Agency Counsel has been out of the office for over a week on business and just returned today. Because of his familiarity with the Coast Guard's structure and procedure, his assistance is needed before counsel can prepared a reply. This one business day request for an enlargement of time will not unduly delay the resolution of this case.

Plaintiff <u>pro</u> <u>se</u> is incarcerated at a Federal penitentiary. He was not contacted concerning this motion.

Wherefore, it is respectfully requested that the defendant have up to and including January 28, 2008 to file a reply.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

SERGIY KURDYUKOV  
# 83817-079  
P.O. Box 7000  
Fort Dix, N.J. 08640

on this \_\_\_\_\_ day of January, 2008.

                         \_\_\_\_/s/_____  
                         DIANE M. SULLIVAN  
                         Assistant United States Attorney  
                         555 Fourth Street, N.W.  
                         Room E4919  
                         Washington, D.C.  20530  
                         (202)514-7205

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERGIY KURDYUKOV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1131(RBW) |
| ) | |
| U.S. COAST GUARD, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of the Motion for an Enlargement of Time, and for good cause shown, it is on this _____day of _____, 2008,

ORDERED, that the defendant's motion is GRANTED.  It is

FURTHER ORDERED that defendant will have up to and including January 28, 2008 to file a reply.

_____
UNITED STATES DISTRICT JUDGE


Copies to:

DIANE M. SULLIVAN
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530

SERGIY KURDYUKOV
# 83817-079
P.O. Box 7000
Fort Dix, N.J. 08640