UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Leave to file is granted - J. Walton 3/13/08

RECEIVED
FEB 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SERGIY KURDYUKOV, 83817079
    PLAINTIFF

V                              CASE NO. 1:07cv1131 RBW

U.C. COAST GUARD
    DEFENDANT

PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGEMENT

    Comes now the plaintiff, Sergity Kurdyukov, a pro se federal prisoner who is currently housed at the federal prison at Fort Dix, New Jersey, to respectfully submit this reply to defendant's response to plaintiff's opposition to defendant's motion for summary judgement. Plaintiff at this time must note for this Court that the plaintiff is not learned in the arts and science of legal jurispurdence and thereby humbly requests that this reply be accepted as fact and truth with hope of a speedy resolution, whereas plaintiff deposes and states the following.

    Plaintiff asserts that, in this court there is no challenge to the conviction or sentence, however, the plaintiff is making a claim for discovery for further investigation into the ongoing denial of documents that have proven most vital to requested relief by plaintiff.

    Further, upon this matter reaching the level of International Law, it will be pointed out beyond doubt that a most grave error was committed by no proper logging in, registered or mentioned person that gave the order orally as claimed by defendant, who further states that to be sufficient and this to a mere layman just doesn't sit right for to just reply on any one giving a order to stop a ship in International waters with out written proof aforesaid order was infact given has no merit in any court of law for hearsay is not complete within itself.



Moreover, how could any nation make claim or challenge any rebuttal to an alleged order given to stop any vessel flying its flag in an issue of International-al Law. Because this plaintiff is not a nation state the defendant states there can be no claim of lack of jurisdiction simply from not being a nation state.

Further, because it is claimed that this alleged Certification of the Secretary of State was presented by the State Department, doen't mean it's so, as it could be just the indentification of the Coast Guard Officer, only.

Finally, because there has been so much to do about plaintiff's FOIA requestes it now has this plaintiff to think there must be some actual and factual merit to this FOIA claim and request, thereby it is further requested that defendant's motion for Summary Judgement be denied with prejudice, that this matter be given a date to bring this action before the court where it can be further shown just how grave the error commited in the instant case is, and must be corrected.
IT IS PRAYED

Respectfully submitted, this 25 day of FEBRUARY 2008

_____
Sergiy Kurdyukov,83817079
PO Box 2000,5751 east
Fort Dix,NJ 08640

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was placed in First-Class mail postage pre-paid and addressed to:

Diane M. Sullivan,AUSA
555 Fourth Street NW,Room E4919
Washington,DC 20530

on this 25 day of FEBRUARY 2008
]
_____
By: Sergiy Kurdyukov,83817079

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERGIY KURDYUKOV, 83817079
    PLAINTIFF

V                                                CASE NO. 1:07cv1131

U.C. COAST GUARD
    DEFENDANT

PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGEMENT

    Comes now the plaintiff, Sergity Kurdyukov, a pro se federal prisoner who is currently housed at the federal prison at Fort Dix, New Jersey, to respectfully submit this reply to defendant's response to plaintiff's opposition to defendant's motion for summary judgement. Plaintiff at this time must note for this Court that the plaintiff is not learned in the arts and science of legal jurispurdence and thereby humbly requests that this reply be accepted as fact and truth with hope of a speedy resolution, whereas plaintiff deposes and states the following.

    Plaintiff asserts that, in this court there is no challenge to the conviction or sentence, however, the plaintiff is making a claim for discovery for further investigation into the ongoing denial of documents that have proven most vital to requested relief by plaintiff.

    Further, upon this matter reaching the level of International Law, it will be pointed out beyond doubt that a most grave error was committed by no proper logging in, registered or mentioned person that gave the order orally as claimed by defendant, who further states that to be sufficient and this to a mere layman just doesn't sit right for to just reply on any one giving a order to stop a ship in International waters with out written proof aforesaid order was infact given has no merit in any court of law for hearsay is not complete within itself.

Moreover, how could any nation make claim or challenge any rebuttal to an alleged order given to stop any vessel flying its flag in an issue of International Law. Because this plaintiff is not a nation state the defendant states there can be no claim of lack of jurisdiction simply from not being a nation state.

Further, because it is claimed that this alleged Certification of the Secretary of State was presented by the State Department, doesn't mean it's so, as it could be just the indentification of the Coast Guard Officer, only.

Finally, because there has been so much to do about plaintiff's FOIA requestes it now has this plaintiff to think there must be some actual and factual merit to this FOIA claim and request, thereby it is further requested that defendant's motion for Summary Judgement be denied with prejudice, that this matter be given a date to bring this action before the court where it can be further shown just how grave the error commited in the instant case is, and must be corrected.
IT IS PRAYED

Respectfully submitted, this __25__ day of __FEBRUARY__ 2008

_____
Sergiy Kurdyukov, 83817079
PO Box 2000, 5751 east
Fort Dix, NJ 08640

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was placed in First-Class mail postage pre-paid and addressed to:

Diane M. Sullivan, AUSA
555 Fourth Street NW, Room E4919
Washington, DC 20530

on this __25__ day of __FEBRUARY__ 2008
]
_____
By: Sergiy Kurdyukov, 83817079

2