IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERGIY KURDYUKOV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1131(RBW) |
| | ) | |
| U.S. COAST GUARD, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

Defendant notes the filing the Declarations of:

1. Robin D. Quellette (as referenced in Paragraph 4 of the Declaration of Joseph Kramek, Docket # 16-2)

2. Zsatique L. Ferrell (as referenced in Paragraph 7 of the Declaration of Joseph Kramek, Docket # 16-2)

3. Harold Krevait (as referenced in Paragraph 16 of the Declaration of Joseph Kramek, Docket # 16-2)

4. Marty J. Martinez (as referenced in Paragraph 17 of the Declaration of Joseph Kramek, Docket # 16-2)

Respectfully submitted,

__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by

First-Class mail, postage prepaid to:

SERGIY KURDYUKOV
# 83817-079
P.O. Box 2000
Fort Dix, N.J. 08640

on this 4th day of August, 2008.


                        ____/s/_____
                        DIANE M. SULLIVAN
                        Assistant United States Attorney
                        555 Fourth Street, N.W.
                        Room E4919
                        Washington, D.C.  20530
                        (202)514-7205

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERGIY KURDYUKOV ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. COAST GUARD ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-1131(PLF) |

## DECLARATION OF ROBIN D. OUELLETTE

I, **Robin D. Ouellette**, declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my personal knowledge, and/or on information contained in the records of the United States Coast Guard ("USCG"):

1. I am presently a civilian federal employee of the United States Coast Guard. I am presently employed as the Freedom of Information Act ("FOIA") Coordinator in the Management Programs & Policy Division of the Office of Information Management (CG-611) at United States Coast Guard Headquarters ("USCGHQ"), located in Washington, D.C. I have served in that position since June 2007. Previously I was employed as a FOIA Appeals Case Officer in the Office of Information Management since 1996.

2. CG-611 maintains a physical/manual record and electronic database of all FOIA requests that were either (1) sent by

1

the requestor directly to CG-611 and, in turn, assigned to another USCGHQ unit for processing; or (2) sent by the requestor to another USCG unit and subsequently forwarded to USCGHQ for processing. CG-611 does not itself conduct the FOIA searches, but instead the USCGHQ unit to which the FOIA request is assigned, processes the FOIA request and conducts the searches for responsive records and documents. These searches might additionally include communicating and cooperating with other USCGHQ offices to acquire records which might be voluminous or diverse in nature. Moreover, based upon FOIA policy the FOIA requests are placed in a processing queue commensurate with the date the FOIA request is originally filed with the agency. CG-611 also receives and process FOIA appeals sent to USCGHQs.

3. On or about July 20, 2007, at the request of Angela A. Novy, Law Clerk in the Office of Claims and Litigation (CG-0945), I searched the CG-611 databases using the parameter "Sergiy Kurdyukov" to ascertain if USCGHQ had received a FOIA request from Mr. Kurdyukov. The databases contained Mr. Kurdyukov's December 27, 2006 FOIA request, which was received by CG-611 and assigned a FOIA tracking number of 2007-0627. CG-611 subsequently forwarded this FOIA request to the Data Administration Division of the Office of Information Resources for Operations (CG-3851) for

processing on January 18, 2007. CG-611 has no record that the FOIA request was returned to CG-611, nor is there a record that CG-611 ever reassigned the request to another office in USCGHQ.

4. The Management Programs & Policy Division of the Office of Information Management (CG-611) manages a FOIA appeals database for appeals received into USCGHQs. I manage a working excel spreadsheet and a master list of all current and past FOIA appeals dating back to 1990. This FOIA appeals database includes all accepted appeals incoming to CG-611, and is searchable by name and/or FOIA tracking number. I receive this information from CG-611's FOIA Officer, one who decides whether to accept, reject or remand incoming appeal requests. On or about July 20, 2007, I searched the CG-611 FOIA appeals database using the FOIA tracking number and requestor's name, "Sergiy Kurdyukov", for a March 24, 2007 FOIA administrative appeal. My search contained no indication or record that an administrative appeal from Mr. Kurdyukov was ever received by CG-611. In August 2007, I additionally inquired with other members of CG-611, and asked them to search their physical files, and confirmed that no such appeal was received from Mr. Kurdyukov. I informed Ms. Novy of this information.

5. On September 14, 2007, I found Surgiy Kurdyukov's appeal letter in my predecessor's physical files. On or about September 20, 2007, I forwarded a copy of this appeal letter to Ms. Novy.

6. Pursuant to 28 U.S.C. §1746, I, **Robin D. Ouellette**, declare under penalty of perjury that the foregoing is true and correct. Executed on the 11th day of October 2007.

Robin D. Ouellette
Freedom of Information Act Coordinator
(Former FOIA Appeals Case Officer)
Management Programs & Policy Division
Of the Office of Information Management
(CG-611)
U.S. Coast Guard Headquarters
Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERGIY KURDYUKOV | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1131(PLF) |
| U.S. COAST GUARD | ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF ZSATIQUE L. FERRELL**

I, **Zsatique L. Ferrell,** declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my personal knowledge, and/or on information contained in the records of the United States Coast Guard ("USCG"):

1.) I am presently a civilian federal employee of the United States Coast Guard. I am presently employed as a Freedom of Information Act ("FOIA") Specialist at United States Coast Guard Headquarters ("USCGHQ"), in Washington, D.C. in the Office of Law Enforcement (CG-3RPL). I have served in that capacity since November 13, 2006.

2.) My office received Mr. Kurdyukov's Freedom of Information Act request from the Office of Information Resources for Operations (CG-3851) FOIA Coordinator, Thelma Flood, on or about July 23, 2007. I sent an acknowledgment letter to Mr. Kurdyukov on August 1, 2007 [*Attachment A*]. The Office of

1

    Law Enforcement (CG-3RPL) maintains an electronic and physical database of agency manuals, drug statistics, FOIA case files, and other case files relevant to the operations of this office. This office does not maintain records related to investigations. These databases are searchable by year, title and/or subject. The electronic database contains records dating back to 1994. The physical files, containing only FOIA files and other miscellaneous files related to the operations of CG-3RPL, date back to 1989.

3.) On or about August 2, 2007, I searched the Office of Law Enforcement (CG-3RPL) electronic database, drug statistics database and spreadsheets, and Coast Guard MISLE database using the search parameter(s) of "Surgiy Kurdyukov" and "China Breeze" to ascertain whether CG-3RPL possessed any documents or records that may be responsive to Mr. Kurdyukov's FOIA request. Within the drug statistics database and spreadsheet maintained by CG-3RPL, I found information relating to a drug interdiction and seizure of the China Breeze on May 27, 1999 by USCG Units in USCG Districts Seven and Eight, which are located in the Southern Atlantic and Gulf Coast regions. This spreadsheet also contains annual statistics and data on the type and amount of drugs seized, number of individuals seized, vessels' names, the location of seizure, and involved units.

Because this spreadsheet does not contain names of individuals, Mr. Surgiy Kurdyukov's name was not mentioned in this document. I informed the Office of Claims and Litigation (CG-0945) that I was unable to locate additional information related to "Mr. Kurdyukov" or the "China Breeze" motor-vessel and provided Angela Novy with the above documents.

4.) On or about August 21, 2007, I physically searched a CG3-RPL office file cabinet, which contains FOIA case files and other miscellaneous records related to the operations of this office. I was unable to locate any case file or any information related to "Mr. Kurdyukov" or the "China Breeze" motor-vessel.

5.) In addition, on or about July 24, 2007 I conducted a generic internet search in Google using the search parameter of "China Breeze motor vessel". I found two press releases on a public, non-USCG website of www.cbp.gov. The M/V China Breeze was briefly mentioned as being a subject in a joint interagency drug operation during 1999, between Customs and the Drug Enforcement Administration. On or about July 24, 2007, I provided a copy of this information to the Office of Claims and Litigation.

6.) Pursuant to 28 U.S.C. §1746, I, **Zsatique Ferrell**, declare under penalty of perjury that the foregoing is true and correct. Executed on the 12th day of October 2007.

_____
Zsatique L. Ferrell
FOIA Specialist
Office of Law Enforcement
(CG-3RPL)
U.S. Coast Guard Headquarters
Washington, D.C.

**U.S. Department of Homeland Security**

**United States Coast Guard**

Commandant
United States Coast Guard

2100 Second Street, S.W.
Washington, DC 20593-0001
Staff Symbol: G-OPL
Phone: (202) 267-0435
Fax: (202) 267-4082

5720
CG FOIA 07-0627

AUG - 1 2007

Mr. Sergiy Kurdyukov
#83817-079
P.O. Box 7000
Fort Dix, NJ 08640

Dear Mr. Kurdyukov:

This letter acknowledges receipt of your request under the Freedom of Information dated December 27, 2006. Your request was received in this office on July 23, 2007. In your request you seek a copy of "all records, documents, and information pertaining to you or mentioning your name and the Motor Vessel "China Breeze" registered in Panama. You are requesting:

(1) All the documents from the Government of Panama, authorizing the U.S. Coast Guard to stop board and search the M/V CHINA BREEZE.

(2) All the documents from the Government of Panama authorizing the U.S. Coast Guard to detain the M/V CHINA BREEZE on behalf of the Government of Panama.

(3) All the documents from the Government of Panama authorizing the U.S. Coast Guard to remain on board the M/V CHINA BREEZE and escort the vessel to a U.S. port to conduct a dockside boarding.

(4) All the documents showing the authorization from the Government of Panama to transfer its jurisdiction for prosecution to the United States when the M/V CHINA BREEZE entered the U.S. waters.

We are attempting to locate records within the scope of your request. As soon as the information is located and administratively reviewed for release it will be forwarded to you. Please be aware that this office has a significant number of pending FOIA requests. Therefore, your request will be processed on a first-in, first-out basis. This letter does not constitute a decision to release or to deny the records you have requested.

I regret the necessity of this delay, but I assure you that your request will be processed in an efficient and timely manner. Please indicate the CG FOIA # listed above when inquiring about you request. If you have any questions please contact FOIA specialist, Zsatique Ferrell at (202)372-2167.

Sincerely,

Zsatique L. Ferrell
FOIA Specialist
Office of Law Enforcement

ENCLOSURE A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERGIY KURDYUKOV )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. COAST GUARD )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1131(PLF) |

### DECLARATION OF HAROLD KREVAIT

I, **Harold Krevait,** declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my personal knowledge, and/or on information contained in the records of the Marine Information for Safety and Law Enforcement ("MISLE") and the Marine Safety Information System ("MSIS"), both electronic databases of the United States Coast Guard ("USCG"):

1. I am presently a civilian federal employee of the United States Coast Guard. I am presently employed as an Information Technology Specialist, Data Administration Division at United States Coast Guard Headquarters ("USCGHQ"), in Washington, D.C. in the Office of Investigations and Analysis (CG-5453), formerly (CG-3851). I have served in that capacity since August 1995.

2. The Office of Investigations and Analysis (CG-5453) maintains electronic databases of marine casualty and pollution incidents. These databases are searchable by

activity number/case number, vessel name, subject name, facility name and incident dates. MSIS contains electronic records dating back to 1969. MISLE contains records that date back to 2001. MISLE computer database contains information on various types of law enforcement activities, pollution enforcement activities, marine casualties, party information, and vessel information.

3. The Office of Information Resources for Operations (CG-3851) received Mr. Sergiy Kurdyukov's Freedom of Information Act ("FOIA") request from the Management Programs and Policy Division of the Office of Information Management (CG-611), on or about January 18, 2007. CG-611 assigned this FOIA request a FOIA tracking number of 2007-0627 and subsequently forwarded the FOIA request to the Office of Information Resources for Operations (CG-3851). CG-3851 then returned the request to CG-611 with the recommendation that CG-611 reassign the request to the Office of Law Enforcement (CG-3RPL) for processing because we are not the custodian of such law enforcement records.

4. Ms. Denise Williams sent the request back to the Office of Information Management (CG-611) for reassignment to the Office of Law Enforcement (CG-3RPL). On or about January 19, 2007, Ms. Williams searched the Coast Guard's MISLE and MSIS databases using the search parameters of the vessel's name "CHINA BREEZE" and "Sergiy Kurdyukov" to ascertain whether

or not the USCG had any documents or records responsive to Mr. Kurdyukov's FOIA request. Neither of these databases contained any information responsive to Mr. Kurdyukov's FOIA request. On or about July 26, 2007, Ms. Denise Williams again searched the MISLE and the MSIS databases using the same search parameters, the vessel's name "CHINA BREEZE" and "Sergiy Kurdyukov", and again no records where found.

5. On October 18, 2007, the Office of Investigations and Analysis (CG-5453) conducted an additional search, this time using various spellings of the name "Sergiy Kurdyukov" and "CHINA BREEZE." This search again, resulted in no responsive electronic records, whatsoever.

6. Pursuant to 28 U.S.C. §1746, I, **Harold Krevait**, declare under penalty of perjury that the foregoing is true and correct. Executed on the 18th day of October 2007.

_____
Harold Krevait
Information Technology Specialist
Acting for Denise Williams
Chief, Data Administration Division (CG-5453)
Office of Investigations and Analysis
U.S. Coast Guard Headquarters
Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERGIY KURDYUKOV )
 )
       Plaintiff, )
 )
v. ) Civil Action No. 07-1131(PLF)
 )
U.S. COAST GUARD )
 )
       Defendant. )
 )

**DECLARATION OF MARTY J. MARTINEZ**

I, **Marty J. Martinez**, declare that the following statements are true and correct to the best of my knowledge and belief, and are based on my personal knowledge, and/or on information contained in the records of the United States Coast Guard Investigative Service "CGIS":

1.) I am presently a civilian federal employee of the United States Coast Guard. I am presently employed as the Assistant Director for Administration of the CGIS, Headquarters Office, in Arlington, VA. I have served in that capacity since March 2005.

2.) On 18 October 2007, the Coast Guard Claims and Litigation Office (CG-0945), Coast Guard Headquarters, Washington, DC contacted the Office of Intelligence and Criminal Investigations (CG-2), Coast Guard Headquarters, Washington, DC to initiate a search for responsive records pertaining to Sergiy Kurdyukov, Kurdyukov and M/V China Breeze. This request for a search for

1

responsive records and a copy of Kurdyukov's FOIA request was forwarded to me on 19 October 2007. On 19 October 2007, I searched CGIS electronic databases and physical files held at CGIS Headquarters, and found one (1) 1999 electronic entry in the CGIS Case Management Data System (CMDS) identifiable with the M/V China Breeze. That CMDS entry contained a CGIS Sequence Number for tracking purposes and brief narrative describing a drug interdiction and seizure of the M/V China Breeze in 1999. This narrative reported the interception of the M/V China Breeze and the amount of drugs seized; it did not contain any information associated with individuals arrested or otherwise onboard the M/V China Breeze at the time of the interdiction and seizure. A search of files held by CGIS Headquarters did not find any responsive hardcopy documents or records. A request was sent to Federal Records Center (FRC), Suitland, MD for a search of CGIS documents stored at the FRC identifiable with the M/V China Breeze. The FRC searched disclosed no responsive records or reports.

3.) On 30 and 31 October 2007, CGIS Headquarters staff personnel visited the FRC and conducted a hand-search of CGIS records stored at the FRC for the period 1999 which disclosed no responsive records or reports.

4.) On 31 October 2007, a member of my staff contacted the Coast Guard Intelligence Coordination Center (ICC) in Suitland, MD and

2

requested they search their databases for information, records, or reports associated with the M/V China Breeze. The ICC found in their database, an Intelligence Information Report (IIR) containing information relating to a drug interdiction and seizure of the M/V China Breeze motor vessel on May 27, 1999. That IIR contained narratives regarding the interdiction and seizure of the M/V China Breeze, vessel information, personnel aboard and arrested data, photograph data, and information relative to the type and amount of drugs seized, and involved entities. This IIR contained the name of the Plaintiff, SERGIY KURDYUKOV.

5.) On 1 November 2007, I informed the Office of Claims and Litigation (CG-0945) of the information CGIS had located identifiable with Mr. Kurdyukov's FOIA request and provided CG-0945 with a copy of the documents found in CMDS and at the ICC.

6.) Pursuant to 28 U.S.C. §1746, I, **Marty J. Martinez**, declare under penalty of perjury that the foregoing is true and correct. Executed on the 2nd day of November, 2007.

_(signature)_
Marty J. Martinez
Assistant Director
Coast Guard Investigative Service (CGIS)
CGIS Headquarters
Arlington, VA